**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LONNIE KAHOE**                                                                                       **CIVIL ACTION**

**VERSUS**                                                                                                  **NUMBER: 22-4579**

**HERMAN ET AL**                                                                                    **SECTION: "L"(1)**

**ORDER**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections to the Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed with prejudice.

**IT IS FURTHER ORDERED** that motions filed after Plaintiff filed his objections to the Magistrate Judge's Report and Recommendations, at R. Doc. 11, R. Doc. 12, R. Doc. 13, and R. Doc. 15, be **DENIED AS MOOT.**

New Orleans, Louisiana, this 5th day of May, 2023.

*[Signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE